**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **BORIS MBAKU ACHA** | ) | **CIVIL ACTION NO: 1:25-CV-002071** |
| | ) | |
| **VERSUS** | ) | **JUDGE EDWARDS** |
| | ) | |
| **KRISTI NOEM, *ET AL.*** | ) | **MAGISTRATE JUDGE PEREZ-MONTES** |
| | ) | |

**ORDER**

Considering the Motion to Substitute Counsel filed by Federal Respondents, in the captioned proceeding.

**IT IS HEREBY ORDERED** that said motion is hereby **GRANTED**, and that Aaron D. Beyt, Assistant United States Attorney, is **SUBSTITUTED** as trial counsel in place of Numa V. Metoyer, for Federal Respondents in this proceeding.

**THUS DONE AND SIGNED** this 10th day of September, 2026, at Alexandria, Louisiana.

**UNITED STATES MAGISTRATE JUDGE**
JOSEPH H.L. PEREZ-MONTES